IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTONIO JOHNSON,<br>TRAVIS JACKSON and<br>SHALUNDRA JOHNSON,<br><br>    Defendants. | )<br>)<br>)  Cr. No. <u>2:19-cr-20172-SHL</u><br>)<br>)<br>)<br>)  **FILED IN OPEN COURT**<br>)  DATE: _6/8/2021_<br>)  TIME: _11:20 AM_<br>)  INITIALS: _SLC_<br>) |

**VERDICT**

We, the jury, on the charges in the Indictment for our verdict say:

**COUNT 1**

As to Count 1 of the Indictment, we, the jury, find the defendant, **ANTONIO JOHNSON**:

    ___✓___                              _____
   GUILTY        OR        NOT GUILTY

As to Count 1 of the Indictment, we, the jury, find the defendant, **TRAVIS JACKSON**:

    ___✓___                              _____
   GUILTY        OR        NOT GUILTY

    If you find either Defendant guilty as to Count 1, please decide Count 2 for that Defendant.  If you find either Defendant not guilty as to Count 1, please answer not guilty as to that Defendant for Count 2.

1

## COUNT 2

As to Count 2 of the Indictment, we, the jury, find the defendant, **ANTONIO JOHNSON**:

✓
_____          _____
GUILTY          OR          NOT GUILTY

If you find the defendant, **ANTONIO JOHNSON** guilty of Count 2, proceed to the question below. If you find the defendant, **ANTONIO JOHNSON** not guilty of Count 2, skip this question and proceed to Count 2 as to **TRAVIS JACKSON**.

Question:
We, the jury, having found the defendant, **ANTONIO JOHNSON** guilty of the offense charged in Count 2, further unanimously find that defendant, **ANTONIO JOHNSON** "brandished" a firearm during and in relation to a crime of violence.

✓
_____          _____
YES          OR          NO

As to Count 2 of the Indictment, we, the jury, find the defendant, **TRAVIS JACKSON**:

✓
_____          _____
GUILTY          OR          NOT GUILTY

If you find the defendant, **TRAVIS JACKSON** guilty of Count 2, proceed to the question below. If you find the defendant, **TRAVIS JACKSON** not guilty of Count 2, skip this question and proceed to Count 3.

Question:
We, the jury, having found the defendant, **TRAVIS JACKSON** guilty of the offense charged in Count 2, further unanimously find that defendant, **TRAVIS JACKSON** "brandished" a firearm during and in relation to a crime of violence.

✓
_____          _____
YES          OR          NO

## COUNT 3

As to Count 3 of the Indictment, we, the jury, find the defendant, **ANTONIO JOHNSON**:

✓
_____           _____
  GUILTY          OR        NOT GUILTY

As to Count 3 of the Indictment, we, the jury, find the defendant, **TRAVIS JACKSON**:

✓
_____           _____
  GUILTY          OR        NOT GUILTY

As to Count 3 of the Indictment, we, the jury, find the defendant, **SHALUNDRA JOHNSON**:

✓
_____           _____
  GUILTY          OR        NOT GUILTY

## COUNT 4

As to Count 4 of the Indictment, we, the jury, find the defendant, **ANTONIO JOHNSON**:

✓
_____           _____
  GUILTY          OR        NOT GUILTY

If you find the defendant, **ANTONIO JOHNSON**, guilty of Count 4, proceed to the questions below. If you find the defendant, **ANTONIO JOHNSON**, not guilty of Count 4, skip the questions below and proceed to Count 4 as to **TRAVIS JACKSON**.

Questions:
We, the jury, having found the defendant, **ANTONIO JOHNSON** guilty of the offense charged in Count 4, further unanimously find the following:

a) **ANTONIO JOHNSON** was over the age of eighteen at the time of the offense:

✓
_____           _____
    YES           OR            NO

b) **ANTONIO JOHNSON** was not a parent, grandparent, brother, sister, aunt, uncle or an individual having legal custody of the victim at the time of the offense:

✓
———————    ———————
YES     OR     NO

c) The victim was under the age of eighteen at the time of the offense:

✓
———————    ———————
YES     OR     NO

As to Count 4 of the Indictment, we, the jury, find the defendant, **TRAVIS JACKSON**:

✓
———————    ———————
GUILTY     OR     NOT GUILTY

If you find the defendant, **TRAVIS JACKSON**, guilty of Count 4, proceed to the questions below. If you find the defendant, **TRAVIS JACKSON**, not guilty of Count 4, skip the questions below and proceed to Count 4 as to **SHALUNDRA JOHNSON**.

<u>Questions</u>:
We, the jury, having found the defendant, **TRAVIS JACKSON** guilty of the offense charged in Count 4, further unanimously find the following:

a) **TRAVIS JACKSON** was over the age of eighteen at the time of the offense:

✓
———————    ———————
YES     OR     NO

b) **TRAVIS JACKSON** was not a parent, grandparent, brother, sister, aunt, uncle or an individual having legal custody of the victim at the time of the offense:

✓
———————    ———————
YES     OR     NO

c) The victim was under the age of eighteen at the time of the offense:

✓
———————    ———————
YES     OR     NO

4

As to Count 4 of the Indictment, we, the jury, find the defendant, **SHALUNDRA JOHNSON**:

_____     OR     ✓ _____
    GUILTY                       NOT GUILTY

If you find the defendant, **SHALUNDRA JOHNSON**, guilty of Count 4, proceed to the questions below. If you find the defendant, **SHALUNDRA JOHNSON**, not guilty of Count 4, skip the questions below and proceed to Count 5.

Questions:
We, the jury, having found the defendant, **SHALUNDRA JOHNSON** guilty of the offense charged in Count 4, further unanimously find the following:

a) **SHALUNDRA JOHNSON** was over the age of eighteen at the time of the offense:

_____     OR     _____
    YES                           NO

b) **SHALUNDRA JOHNSON** was not a parent, grandparent, brother, sister, aunt, uncle or an individual having legal custody of the victim at the time of the offense:

_____     OR     _____
    YES                           NO

c) The victim was under the age of eighteen at the time of the offense:

_____     OR     _____
    YES                           NO

## COUNT 5

As to Count 5 of the Indictment, we, the jury, find the defendant, **ANTONIO JOHNSON**:

✓ _____     OR     _____
    GUILTY                       NOT GUILTY

As to Count 5 of the Indictment, we, the jury, find the defendant, **TRAVIS JACKSON**:

✓ _____     OR     _____
    GUILTY                       NOT GUILTY

5

As to Count 5 of the Indictment, we, the jury, find the defendant, **SHALUNDRA JOHNSON**:

✓
_____        _____
GUILTY         OR         NOT GUILTY

If you find any Defendant guilty as to Count 5, please decide Count 6 for that Defendant. If you find any Defendant not guilty as to Count 5, please answer not guilty as to that Defendant for Count 6.

## COUNT 6

As to Count 6 of the Indictment, we, the jury, find the defendant, **ANTONIO JOHNSON**:

✓
_____        _____
GUILTY         OR         NOT GUILTY

If you find the defendant, **ANTONIO JOHNSON** guilty of Count 6, proceed to the question below. If you find the defendant, **ANTONIO JOHNSON** not guilty of Count 6, skip this question and proceed to Count 6 as to **TRAVIS JACKSON**.

Question:
We, the jury, having found the defendant, **ANTONIO JOHNSON** guilty of the offense charged in Count 6, further unanimously find that defendant, **ANTONIO JOHNSON** "brandished" a firearm during and in relation to a crime of violence.

✓
_____        _____
YES         OR         NO

6

As to Count 6 of the Indictment, we, the jury, find the defendant, **TRAVIS JACKSON**:

✓
---------------                              ---------------
GUILTY               OR               NOT GUILTY

If you find the defendant, **TRAVIS JACKSON** guilty of Count 6, proceed to the question below. If you find the defendant, **TRAVIS JACKSON** not guilty of Count 6, skip this question and proceed to Count 6 as to Shalundra Johnson.

Question:
We, the jury, having found the defendant, **TRAVIS JACKSON** guilty of the offense charged in Count 6, further unanimously find that defendant, **TRAVIS JACKSON** "brandished" a firearm during and in relation to a crime of violence.

✓
---------------                              ---------------
YES                  OR                    NO

As to Count 6 of the Indictment, we, the jury, find the defendant, **SHALUNDRA JOHNSON**:

                                             ✓
---------------                              ---------------
GUILTY               OR               NOT GUILTY

If you find the defendant, **SHALUNDRA JOHNSON** guilty of Count 6, proceed to the question below. If you find the defendant, **SHALUNDRA JOHNSON** not guilty of Count 6, skip this question and proceed to Count 7.

Question:
We, the jury, having found the defendant, **SHALUNDRA JOHNSON** guilty of the offense charged in Count 6, further unanimously find that defendant, **SHALUNDRA JOHNSON** "brandished" a firearm during and in relation to a crime of violence.

---------------                              ---------------
YES                  OR                    NO

## COUNT 7

As to Count 7 of the Indictment, we, the jury, find the defendant, **ANTONIO JOHNSON**:

_____          OR          ✓
GUILTY                                     NOT GUILTY

As to Count 7 of the Indictment, we, the jury, find the defendant, **TRAVIS JACKSON**:

✓                              OR          _____
GUILTY                                     NOT GUILTY

If you find either Defendant guilty as to Count 7, please decide Count 8 for that Defendant. If you find either Defendant not guilty as to Count 7, please answer not guilty as to that Defendant for Count 8.

## COUNT 8

As to Count 8 of the Indictment, we, the jury, find the defendant, **ANTONIO JOHNSON**:

_____          OR          ✓
GUILTY                                     NOT GUILTY

If you find the defendant, **ANTONIO JOHNSON** guilty of Count 8, proceed to the question below. If you find the defendant, **ANTONIO JOHNSON** not guilty of Count 8, skip this question and proceed to Count 8 as to **TRAVIS JACKSON**.

Question:
We, the jury, having found the defendant, **ANTONIO JOHNSON** guilty of the offense charged in Count 8, further unanimously find that defendant, **ANTONIO JOHNSON** "brandished" a firearm during and in relation to a crime of violence.

_____          OR          _____
YES                                          NO

As to Count 8 of the indictment, we, the jury find the defendant **TRAVIS JACKSON**:

✓
------------------          ------------------
GUILTY            OR            NOT GUILTY

If you find the defendant, **TRAVIS JACKSON** guilty of Count 8, proceed to the question below. If you find the defendant, **TRAVIS JACKSON** not guilty of Count 8, skip the question below.

Question:
We, the jury, having found the defendant, **TRAVIS JACKSON** guilty of the offense charged in Count 8, further unanimously find that defendant, **TRAVIS JACKSON** "brandished" a firearm during and in relation to a crime of violence.

✓
------------------          ------------------
YES             OR                NO

06/08/21
06/07/21
------------------          ------------------
DATE                          PRESIDING JUROR

9